[Civ. No. 1372. First Appellate District.—July 28, 1914]

ROBERT BRAGG, Executor of the Last Will of Mary Jane Bragg, Deceased, Respondent, v. ELIZABETH BRAGG CUMMING, Appellant.

GIFT TO BE CONSUMMATED IN CASE OF DEATH—INTENTION.—Judgment and order refusing a new trial reversed on the authority of *Bragg v. Martenstein, ante,* p. 199.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco and from an order refusing a new trial. John Hunt, Judge.

The facts are similar to those stated in the opinion in *Bragg v. Martenstein, ante,* p. 199.

T. A. Perkins, and R. V. Whiting, for Appellant.

Gerald C. Halsey, for Respondent.

KERRIGAN, J.—The facts in this case as presented at the trial were identical with those produced and considered by the trial court and reviewed by this court in the case of *Bragg v. Martenstein,* (Civ. No. 1487), *ante,* p. 199, [143 Pac. 79]. The reasoning and conclusions of this court in that case are in all respects applicable to the case at bar. It follows that the judgment and order herein must be reversed and the cause remanded for a new trial, and it is so ordered.

Lennon, P. J., and Richards, J., concurred.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on September 26, 1914.